# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 25-1508V

DILSHOD JORAEV,

                Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                Respondent.

Chief Special Master Corcoran

Filed: May 13, 2026

*Jimmy A. Zgheib, Zgheib Sayad, P.C., White Plains, NY, for Petitioner.*

*Nina Ren, U.S. Department of Justice, Washington, DC, for Respondent.*

### DECISION AWARDING DAMAGES[1]

On September 11, 2025, Dilshod Joraev filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that he suffered bilateral shoulder injuries related to vaccine administration ("SIRVA") resulting from influenza ("flu") and tetanus diphtheria acellular pertussis ("Tdap") vaccines received on September 30, 2024. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On May 13, 2026, a ruling on entitlement was issued, finding Petitioner entitled to compensation for bilateral SIRVAs. On May 13, 2026, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $120,000.00, plus funds to satisfy a Medicaid lien as further set forth below. Proffer at 5-6. In the Proffer, Respondent represented that Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

Pursuant to the terms stated in the Proffer, **I award Petitioner the following:**

A. **A lump sum payment of $120,000.00 (in pain and suffering), to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement to Petitioner; and**

B. **A lump sum payment of $3,477.88, representing compensation for satisfaction of the State of Pennsylvania Medicaid lien, to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement to:**

> ATTN: Umadevi Thirunavukkarasu
> Pennsylvania Department of Human Services
> Bureau of Program Integrity, Division of Third Party Liability, Recovery
>    Section
> P.O. Box 8486
> Harrisburg, PA 17105-8486
> CIS #: 320276496

These amounts represent compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.